PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO MATA MANZO,<br><br>Defendant. | CASE NO.: 1:23-MJ-00018-SAB<br><br>REQUEST TO UNSEAL CRIMINAL COMPLAINT |

### REQUEST TO UNSEAL

A complaint in the above-captioned matter was filed and an arrest warrant issued on February 13, 2023. The matter was sealed in order to locate the defendant. The defendant was arrested on February 28, 2023 and is scheduled to appear in this Court on this date. As a result, there is no need for the complaint to remain under seal. Accordingly, the United States asks that the Court order that the complaint be unsealed.

Dated: February 28, 2023

PHILLIP A. TALBERT
United States Attorney

By: *Karen A. Escobar*
   KAREN A. ESCOBAR
   Assistant United States Attorney

REQUEST TO UNSEAL CRIMINAL COMPLAINT

```
PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>DARIO MATA MANZO,<br><br>                Defendant. | CASE NO: 1:23-MJ-00018-SAB<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, unsealed.

IT IS SO ORDERED.

Dated:   **February 28, 2023**          /s/ Barbara A. McAuliffe
                                                               UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL COMPLAINT