PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00049-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARIO MATA-MANZO, | DATE: October 25, 2023 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on October 25, 2023, before U.S. Magistrate Judge Barbara A. McAuliffe.

2. By this stipulation, the parties move to continue the status conference until February 14, 2024, before U.S. Magistrate Judge Barbara A. McAuliffe and to exclude time from calculation under the Speedy Trial Act between October 25, 2023, and February 14, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery has been provided to the defense in this matter and a plea offer has been made.

   b) Counsel for defendant desires additional time to review discovery, consult with

his client, conduct investigation and research related to the charges, consider the plea offer, engage in plea negotiations, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 25, 2023 to February 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  October 10, 2023                           PHILLIP A. TALBERT
                                                                       United States Attorney


                                                                        /s/ KAREN A. ESCOBAR
                                                                        KAREN A. ESCOBAR
                                                                        Assistant United States Attorney


                                                                        /s/  DAVID A. TORRES
                                                                        DAVID A. TORRES
                                                                        Counsel for defendant Dario Mata-Manzo

### **ORDER**

IT IS SO ORDERED that the status conference is continued from October 25, 2023, to **February 14, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 12, 2023**                        /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3