PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DARIO MATA-MANZO,<br><br>                              Defendant. | CASE NO.  1:23-CR-00049-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 14, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was scheduled for a status conference on February 14, 2024, before U.S. Magistrate Judge Barbara A. McAuliffe.

2.      By this stipulation, the parties move to continue the status conference until April 24, 2024, before U.S. Magistrate Judge Barbara A. McAuliffe and to exclude time from calculation under the Speedy Trial Act between February 14, 2024, and April 24, 2024.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Discovery has been provided to the defense in this matter and a plea offer has been made.

        b)      Counsel for defendant is currently in trial and desires additional time to review

1   discovery, consult with his client, conduct investigation and research related to the charges,

2   consider the plea offer, engage in plea negotiations, and to otherwise prepare for trial.

3           c)      Counsel for defendant believes that failure to grant the above-requested

4   continuance would deny the defendant the reasonable time necessary for effective preparation,

5   taking into account the exercise of due diligence.

6           d)      Based on the above-stated findings, the ends of justice served by continuing the

7   case as requested outweigh the interest of the public and the defendants in a trial within the

8   original date prescribed by the Speedy Trial Act.

9           e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  *et seq.*, within which trial must commence, the time period of February 14, 2024 to April 24,

11  2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it

12  results from a continuance granted by the Court at the defendant's request on the basis of the

13  Court's finding that the ends of justice served by taking such action outweigh the best interest of

14  the public and the defendants in a speedy trial.

15          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16  Speedy Trial Act provide that additional time periods are excludable from the period within which a trial

17  must commence.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1      IT IS SO STIPULATED.

2   Dated:  February 9, 2024                    PHILLIP A. TALBERT
                                                United States Attorney
3

4                                                /s/ KAREN A. ESCOBAR
                                                 KAREN A. ESCOBAR
5                                                Assistant United States Attorney

6
                                                 /s/  DAVID A. TORRES
7                                                DAVID A. TORRES
                                                Counsel for defendant Dario Mata-Manzo
8

9

10                              **ORDER**

11         IT IS SO ORDERED that the status conference is continued from February 14, 2024, to **April 24,**

12  **2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

13  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

14

15  IT IS SO ORDERED.

16
        Dated:   **February 12, 2024**              /s/ *Barbara A. McAuliffe*
17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT