PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO MATA-MANZO,<br><br>Defendant. | CASE NO.  1:23-CR-00049-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 10, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on July 10, 2024, before U.S. Magistrate Judge Barbara A. McAuliffe.

2. By this stipulation, the parties move to vacate the status conference and set the matter for a change of plea on July 29, 2024, and to exclude time from calculation under the Speedy Trial Act between July 10, 2024, and July 29, 2024.  The deputy courtroom clerk for the NODJ calendar has advised that the Court is available on July 29, 2024, to consider a change of plea in this matter.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary to memorialize and review

1   the terms of the plea offer contained within the written agreement.

2         b)     Based on the above-stated findings, the ends of justice served by continuing the
3   case as requested outweigh the interest of the public and the defendants in a trial within the
4   original date prescribed by the Speedy Trial Act.

5         c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
6   *et seq.*, within which trial must commence, the time period of July 10, 2024 to July 29, 2024,
7   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results
8   from a continuance granted by the Court at the defendant's request on the basis of the Court's
9   finding that the ends of justice served by taking such action outweigh the best interest of the
10  public and the defendants in a speedy trial.

11  4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
12  Speedy Trial Act provide that additional time periods are excludable from the period within which a trial
13  must commence.

14  IT IS SO STIPULATED.

15  Dated:  June 26, 2024                                   PHILLIP A. TALBERT
                                                                     United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for defendant Dario Mata-Manzo

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## **ORDER**

IT IS SO ORDERED that the status conference set for July 10, 2024, is vacated. A change of plea hearing is set for **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 28, 2024**                             /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3