**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David. A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
**DARIO MATA-MANZO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARIO MATA-MANZO,<br><br>Defendant | Case No.: 1:23-CR-00049-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE TROY L. NUNLEY, AND KAREN ESCOBAR ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, DARIO MATA-MANZO, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the Sentencing hearing currently set for Monday, November 18, 2024, be continued to Monday, February 10th, 2025 at 8:30 am.

    Counsel is requesting a continuance due to scheduling conflicts and is unable to appear on the date specified. I notified AUSA Karen Escobar of the scheduling conflicts and the inability to appear, Ms. Escobar has no objection to this continuation. Both counsel are available on Monday, February 10th, 2025 at 8:30 am.

    The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 12, 2024                /s/ *David A. Torres*
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        DARIO MATA-MANZO


DATED: November 12, 2024                */s/Karen Escobar*
                                        KAREN ESCOBAR
                                        Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED that the sentencing hearing be continued from November 18, 2024 to **Monday, February 10th, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **November 13, 2024**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE